UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

2005 MAY 18 A 9 15

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

LAMAR DE SHONE SIMMS,

    Plaintiff - Appellant,

v.

JAMES GOMEZ,

    Defendant,

and

RONALD P. ATKINSON,

    Defendant - Appellee.

No. 05-15709
D.C. No. CV-97-05311-LJO

**ORDER**

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _A factual issue was determinative of the case. The jury made that determination adverse to the plaintiff, having much evidence upon which to make that call._

_____
Judge
United States District Court

Date: May 17, 2005