# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'MAR DESHON SIMMS,<br><br>       Plaintiff,<br><br>   v.<br><br>RONALD P. ATKINSON,<br><br>       Defendants.<br>_____/ | CV F 97 5311 LJO P<br><br>ORDER DISREGARDING REQUEST FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT EXPENSE (Doc. 165) |

     On July 11, 2005, Plaintiff filed a Request for the production of transcripts at government expense. However, this case was closed following a jury trail on March 18, 2005, and the case is currently on appeal. Plaintiff request for documents concerning his case on appeal must be directed to the appropriate court.

     Accordingly, the Request for Transcripts is DISREGARDED.

IT IS SO ORDERED.

**Dated:   July 27, 2005**           **/s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES MAGISTRATE JUDGE

1