# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'MAR DESHON SIMMS, | CV F   97 5311 LJO P |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION IN LIMINE (Doc. 141.) |
| RONALD P.  ATKINSON, | |
| Defendants. / | |

On February 14, 2005, Plaintiff filed a Motion in Limine.  On March 10, 2005, the Court began a jury trial in this case and resolved all motions orally prior to the hearing.  As the trial concluded and judgment was entered in favor of Defendants on March 11, 2005, the Motion in Limine filed on February 14, 2005, is DISREGARDED.

IT IS SO ORDERED.

**Dated:   January 18, 2006**                    _____/s/ Lawrence J. O'Neill_____
b6edp0                                                        UNITED STATES MAGISTRATE JUDGE

1