# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LA'MAR DESHON SIMMS, | | CV F 97 5311 LJO P |
| | Plaintiff, | |
| v. | | ORDER DISREGARDING MOTION IN LIMINE (Doc. 149.) |
| RONALD P. ATKINSON, | | |
| | Defendants. / | |

On March 14, 2005, Plaintiff filed a Motion in Limine. On March 10, 2005, the Court began a jury trial in this case and resolved all motions orally prior to the hearing. As the trial concluded and judgment was entered in favor of Defendants on March 11, 2005, the Motion to call witnesses filed on March 14, 2005, is DISREGARDED.

IT IS SO ORDERED.

**Dated:   January 25, 2006**          /s/ Lawrence J. O'Neill
b9ed48                        UNITED STATES MAGISTRATE JUDGE

1